UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELF[ ]       \LLY FILED
DO  
DA           6-3-14
```

| | |
|---|---|
| KYSA JOHNSON, | |
| Plaintiff, | Case No. 14 CV 0487 (PAC) |
| v. | |
| EMPIRE STATE REALTY TRUST, INC., | |
| Defendant. | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties to this action entered into a Confidential Settlement and Release Agreement (the "Settlement Agreement") dated May 27, 2014;

IT IS NOW HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to the approval of the Court, as follows:

1. This action is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without costs to any party;

2. This Court shall retain jurisdiction over the parties to this stipulation for purposes of enforcing the Settlement Agreement and for purposes of deciding any claim of breach of the Settlement Agreement;

3. This Stipulation may be signed in counterparts, all of which together shall constitute a single document, and facsimile or pdf signatures shall be deemed originals.

1

Dated: New York, New York
May 29, 2014

| DEWEY PEGNO & KRAMARSKY LLP | BOURNE & ZAKHEIM LLP |
|---|---|
| By: _____ | By: _____ |
| David S. Pegno | Andrew N. Bourne |
| Stephen M. Kramarsky | Jonathan A. Zakheim |
| 777 Third Avenue, 37th Floor | 733 Third Avenue, 15th Floor |
| New York, New York 10017 | New York, New York 10017 |
| Tel: (212) 943-9000 | Tel: (646) 790-5850 |
| *Attorneys for Defendant Empire State Realty Trust, Inc.* | *Attorneys for Plaintiff Kysa Johnson* |

SO ORDERED this 3d day of May, 2014.

_____
Hon. Paul A. Crotty
United States District Judge